# EXHIBIT A- REDACTED FULL FILE DISCLOSURE REQUEST

**USPS CERTIFIED MAIL**

**9207 1902 3589 0900 0035 6639 22**

JABRIL LAWSON
260 GREEN AVENUE
LANSDOWNE, PA 19050

ANNUAL CREDIT REPORT REQUEST SERVICE
PO BOX 105281
ATLANTA, GA 30348-5281

Experian                                                                November 12th, 2025
P.O. Box 4500
Allen, TX 75013

**<u>Full File Disclosure Request Pursuant to 15 U.S. Code 1681g(a)(1).</u>**

To Whom It May Concern:

**<u>Experian</u>** is identified by the U.S. Consumer Financial Protection Board as a consumer reporting company. Because I object to the mandatory arbitration clause imposed by your website in order to request information that you collect about me, I am sending this letter.

Please send me in writing **<u>ALL INFORMATION</u>** in my consumer file at **<u>Experian</u>**, stored by any of its subsidiaries or any other entities maintaining data on behalf of **<u>Experian</u>** or its subsidiaries as of the date that you receive this letter regardless of how, where, or in what form it is stored pursuant to 15 U.S. Code 1681g(a)(1). Do not mask any of my Social Security Number in returning my file.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at **<u>Experian</u>** or any of its subsidiaries.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from **<u>Experian</u>** or any of its subsidiaries.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at **<u>Experian</u>** or any of its subsidiaries used to adversely characterize me.

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by **<u>Experian</u>** or any of its subsidiaries in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a **full file disclosure** to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. This is my first **full file disclosure request** in the past twelve months from **<u>Experian</u>** or any of its subsidiaries.

Thank you in advance for promptly responding to my request.

Regards,

Jabril Lawson
260 Green Avenue
Lansdowne, PA 19050                          

**Attached**: For identification purposes, enclosed are copies of my credit card bill and enlarged color scans of my valid, current driver's license and my Social Security card.





 

**Delta SkyMiles® Gold Card**
JABRIL N LAWSON
Closing Date 11/06/25

p. 1/8
Customer Care: 1-800-430-1000
TTY: Use Relay 711
Website: americanexpress.com

| | |
|---|---|
| **New Balance** | **$4,098.25** |
| **Minimum Payment Due** | **$133.72** |
| **Payment Due Date** | **12/01/25** |

**Delta SkyMiles®**
Miles Earned this Period: **764**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

### Account Summary

| | |
|---|---|
| Previous Balance | $3,896.27 |
| Payments/Credits | -$453.86 |
| New Charges | +$562.16 |
| Fees | +$0.00 |
| Interest Charged | +$93.68 |
| **New Balance** | **$4,098.25** |
| **Minimum Payment Due** | **$133.72** |
| Credit Limit | $30,000.00 |
| Available Credit | $25,901.75 |
| Cash Advance Limit | $5,000.00 |
| Available Cash | $5,000.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 12/01/25, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 15 years | $12,003 |
| $171 | 3 years | $6,165 (Savings = $5,838) |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-01000**
Enter 15 digit account # on all payments.
Make check payable to American Express.

JABRIL N LAWSON
260 GREEN AVENUE
LANSDOWNE PA 19050

Payment Due Date
**12/01/25**
New Balance
**$4,098.25**
Minimum Payment Due
**$133.72**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____.____
Amount Enclosed

0000349992905463525  000409825000013372  03  ꓕ

# EXHIBIT B- REDACTED COMENITY BANK ACCOUNT

Prepared for:
# JABRIL N LAWSON

Date: December 04, 2025
Confirmation # 5338564924



## COMENITYCAPITAL/ALVISN

PO Box 182120, Columbus, OH  43218 | (614) 729-4754
Account Number: ***1632** | Owner: **Individual Account**
Loan/Account Type: **Medical Debt** | Status: **Pays As Agreed**

Date Reported: **11/25/2025** | Balance: **$7,814**
Credit Limit: **$10,000** | High Credit: **$8,071**

| | | |
|---|---|---|
| Date Opened: **08/09/2025** | Date of 1st Delinquency: | Terms Frequency: **Monthly** |
| Date of Last Activity: **11/25/2025** | Date Major Delinquency 1st Reported: | Months Reviewed: **2** |
| Scheduled Payment Amount: **$205** | Amount Past Due: | Deferred Payment Start Date: |
| Actual Payment Amount: **$205** | Charge Off Amount: | Balloon Payment Amount: |
| Date of Last Payment: **11/20/2025** | Date Closed: | Balloon Payment Date: |
| Term Duration: | Activity Designator: | Narrative Code(s): **229** |

### Payment History

| Year 2025 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep ✓ | Oct ✓ | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 09/25 | $7,985 | $205 | $205 | 09/19/2025 | | $8,071 | $10,000 | 229, 233 |
| 08/25 | $8,071 | $205 | | | | $8,071 | $10,000 | 229, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| **229** | Charge |
| **233** | Amount in High Credit Column is Credit Limit |



**COMENITYCAPITALBANK/ALPH** 778840205889****

## Account Information

| | |
|---|---|
| **Address** | 3095 LOYALTY CIRCLE,BUILDING A COLUMBUS, OH 43219 |
| **Phone** | Phone number not available |
| **Monthly Payment** | $205 |
| **Date Opened** | 08/09/2025 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CHARGE ACCOUNT |
| **Balance** | $7,814 |
| **Date Updated** | 11/25/2025 |
| **Payment Received** | $205 |
| **Last Payment Made** | 11/20/2025 |
| **High Balance** | $8,071 |